RECEIVED

JUN 0 4 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ALISHA DISOTELL | CIVIL ACTION NO. 07-cv-1872 |
| VERSUS | JUDGE STAGG |
| WARDEN LOUISIANA CORRECTIONAL INSTITUTE FOR WOMEN | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus is **denied**, and Petitioner's complaint is **dismissed with prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 4th day of June, 2010.

TOM STAGG
UNITED STATES DISTRICT JUDGE